OSCN Found Document:IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION

 
 
 
 OSCN navigation


 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 





 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 

 
 
 
 IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION
2014 OK 53
Case Number: SCBD-6139
Decided: 06/16/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 53, __ P.3d __

FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 



IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR 
ASSOCIATION FOR NONPAYMENT OF 2014 DUES
ORDER OF SUSPENSION FOR NONPAYMENT OF 2014 DUES
On June 2, 2014, the Oklahoma Bar Association's Board of Governors filed a 
recommendation for the suspension of its members who failed to pay dues for the 
year 2014 as required by the Rules Creating and Controlling the Oklahoma Bar 
Association (Rules), 5 O.S. 2011, ch. 1, app. 1, art. VIII, §1. The Board of 
Governors recommended that the members whose names appear on the list attached 
to the recommendation be suspended from membership in the Oklahoma Bar 
Association and from the practice of law in the State of Oklahoma, as provided 
by the Rules, 5 O.S. 2011, ch. 1, app. 1, art. VIII, §2. 
This Court finds that on or about April 10, 2014, the Executive Director of 
the Oklahoma Bar Association notified by certified mail all persons delinquent 
in the payment of dues and/or expense charges to the Oklahoma Bar Association 
for the year 2014. The Board of Governors has found that the members set forth 
in Exhibit A, attached hereto, have not paid their dues and/or expense charges 
for the year as provided in the Rules.
This Court, having considered the Board of Governors' recommendation and 
motion, finds that each of the Oklahoma Bar Association members named on Exhibit 
A, attached hereto, should be suspended from membership in the Oklahoma Bar 
Association.
It is therefore ordered that the attorneys named on Exhibit A, attached 
hereto, are hereby suspended from membership in the Oklahoma Bar Association and 
from the practice of law in the State of Oklahoma for failure to pay membership 
dues for the year 2014 as required by the Rules Creating and Controlling the 
Oklahoma Bar Association.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 16th day of 
June, 2014.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.


EXHIBIT A
Ann Wright Back, OBA No. 16807
406 S. Boulder, Suite 400
Tulsa, OK 
74103
Lagailda F. Barnes, OBA No. 19985 P. O. Box 12864
Oklahoma City, OK 
73157-2864
Jennifer Hope Barrett, OBA No. 22842
P.O. Box 696
Owasso, OK 74055
Christy Chism Brown, OBA No. 16093
5635 N. Scottsdale Rd., Suite 
130
Scottsdale, AZ 85250
Erin Elizabeth Byrnes, OBA No. 18540
1601 N. 7th St., Ste. 360
Phoenix, 
AZ 85006
Jason Craig Carney, OBA No. 22093
803 Greystone Crt.
Yuba City, CA 
95991
Cheryl Lynn Cerda, OBA No. 16422
5316 Richmond Dr.
Bartlesville, OK 
74006
Dorie Ann Christian, OBA No. 21951
2000 S.E. Manor Pl.
Blue Springs, MO 
64014-3823
Michael Kerry Dekruif, OBA No. 22350
7334 Topanga Canyon Blvd., Ste. 
200
Canoga Park, CA 91304
Mark Allen Derryberry, OBA No. 15896
11952 S. 1st
Jenks, OK 74037
Brian Anderson DeVaney, OBA No. 22356
5710 IH 10 West
San Antonio, TX 
78201
Becky Jane West Dias, OBA No. 16642
1525 E. Republic Rd., Ste. 
B-135
Springfield, MO 65804
Amanda Richelle Ewing, OBA No. 21167
2516 N. Hudson Avenue, 
#207
Oklahoma City, OK 73103
Jay Jon Fashimpaur, OBA No. 2843
9720 Stacy Ct., Rm. 155
Oklahoma City, 
OK 73162
Carollann Nichole Gamino, OBA No. 30081
965 S. Steele St.
Denver, CO 
80209
Lisa Karen Gold, OBA No. 19663
3890 W. Northwest Hwy., Ste. 400
Dallas, 
TX 75220
Barry H. Golsen, OBA No. 3446
LSB Industries, Inc.
P.O. Box 
754
Oklahoma City, OK 73101
Mark Andrew Grim, OBA No. 16503
2729 Kerry Lane
The Village, OK 
73120-2816
Kendall Claire McCracken Hanno, OBA No. 31381
2402 Morgan St., Ste. 
A
Houston, TX 77006
Steven Allen Hart, OBA No. 19113
7501 E. Apache Street
Tulsa, OK 
74115
Jeri Louks Hensley, OBA No. 10072
62505 Mullen Rd.
Cassoppolis, MI 
49031
Blair Steven Hollaway, OBA No. 30356
1321 Liberty Pkwy. N.W.
Atlanta, 
GA 30318-9391
Douglas John Jacques Jr, OBA No. 16418
41 Clarendon St., #3
East 
Brisbane QLD
Australia, FO 4169
George Chester Jacques, OBA No. 10079
69 S. Big Star Lane
Eagle, ID 
83616
Barry Neil Johnson, OBA No. 21566
7804 Village Trail Dr.
Dallas, TX 
75254
Elizabeth Alice Keough, OBA No. 30609
1431 W. Walton St., #1
Chicago, 
IL 60642
Ken Dale Kerr Jr., OBA No. 16764
P.O. Box 720123
Oklahoma City, OK 
73172
Jon Thomas Lee, OBA No. 19860
1300 E. 9th St., Ste. 1
Edmond, OK 
73034
Mitchell Kevin Leonard, OBA No. 13842
1 W. Main, Ste. 100
Idabel, OK 
74745
John Randall Long, OBA No. 12379
2624 N.W. 61st
Oklahoma City, OK 
73112
Mekalaradha Masilamani, OBA No. 18289
900 Long Ridge Road
Stamford, CT 
06902
James Leroy McClendon, OBA No. 5883
Rt. 4 Box 2803
Broken Bow, OK 
74728-9804
Scott Ford McKinney, OBA No. 16692
P.O. Box 18734
Oklahoma City, OK 
73154-0734
John Scott McWilliams, OBA No. 11676
1612 S. Cincinnati
Tulsa, OK 
74119
Gordon Lee Miller, OBA No. 6204
Dechert LLP
1900 K Street, 
N.W.
Washington, DC 20006
Brett Adam Murphy, OBA No. 30896
301 W. Curtis Rd., Apt. 1-104
Savoy, 
IL 61874
Mitchell Carrol Newport, OBA No. 13744
2453 Castlerock Pl.
Sulphur, OK 
73086-8580
Katherine Ann Patterson, OBA No. 15479
3109 E. 143rd St. South
Bixby, 
OK 74008
Young Hee Pei, OBA No. 18803
2250 E. 22nd Pl.
Tulsa, OK 74114
James E. Potts Jr., OBA No. 18809
P.O. Box 13006
Arlington, TX 
76094-0006
Robert Ross Ray, OBA No. 19918
74502 S. 280 Rd.
Wagoner, OK 74467
William F. Raynolds II, OBA No. 12542
1914 S. Boston
Tulsa, OK 
74119
Chad Robert Reineke, OBA No. 20316
15808 N. Penn Ave., Ste. 10
Oklahoma 
City, OK 73102
Kathlyn A Rhodes, OBA No. 11974
P.O. Box 7826
Citrus Heights, CA 
95621-7826
Samuel Toufik Richard, OBA No. 13763
6810 FM 1960 West
Houston, TX 
77069
Stacy Kalin Robinson, OBA No. 17174
4035 N. Meadow View 
Dr.
Fayetteville, AR 72703
Tracy Ruth Rothermel, OBA No. 30312
406 S. Boulder, Ste. 400
Tulsa, OK 
74103
Melissa Marie Sage, OBA No. 18458
9835 County Cork
Dallas, TX 75218
David Vincent Seyer, OBA No. 10954
4341 E. Boulder Ridge
Phoenix, AZ 
85044-5588
Bradley Steven Shelts, OBA No. 19568
16807 N. 50th Way
Scottsdale, AZ 
85254-1089
Tony R. Skogen, OBA No. 8288
2049 Century Pk. R., 5th Fl.
Los Angeles, 
CA 90067-2709
Michael Allen Smith, OBA No. 13204
383 W. Main
Waukesha, WI 53186
Merl Lynn Stanley Jr., OBA No. 22909
613 S. Byers
P.O. Box 
939
Joplin, MO 64802
Kevin Paul Steinman, OBA No. 12497
701 Palmer Dr.
Midwest CIty, OK 
73110
Genavee Stokes-Avery, OBA No. 30742
834 Russell Circle
Norman, OK 
73071
Brice Edward Tarzwell, OBA No. 8846
800 Gessner, Ste. 875
Houston, TX 
77024
Bruce William Walker, OBA No. 9281
400 Hardy Dr.
Edmond, OK 
73013-5171
Trey Adolph Wirz III, OBA No. 18496
5101 N. Classen, Ste. 106
Oklahoma 
City, OK 73118
Glen L. Work, OBA No. 22906
3412 92nd St.
Lubbock, TX 79423
Travis Lee Wright, OBA No. 20560
2523 E. 25th Pl.
Tulsa, OK 
74114




 Citationizer© Summary of Documents Citing This Document
Cite
 Name
 Level
 None Found.
Citationizer: Table of Authority
Cite
 Name
 Level
 None Found.